O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 08-00659 AHM (VBKx)<br>CV 08-03871 AHM (VBKx)<br>CV 08-03873 AHM (VBKx)✓<br>CV 08-03874 AHM (VBKx)<br>CV 08-03875 AHM (VBKx)<br>CV 08-03882 AHM (VBKx)<br>CV 08-03891 AHM (VBKx)<br>CV 08-03929 AHM (VBKx) | Date | March 20, 2009 |
|---|---|---|---|
| Title | JEFFREY KLEIN v. AVIS RENT A CAR SYSTEM INC., et al.<br>ZACK MILLER v. BUDGET RENT A CAR SYSTEM, INC., et al.<br>ZACK MILLER, et al. v. ENTERPRISE LEASING COMPANY-WEST, et al.<br>ZACK MILLER v. VANGUARD CAR RENTAL USA, INC., et al.<br>ZACK MILLER v. DTG OPERATIONS, INC., et al.<br>VULCANO TARQUE v. NATIONAL RENTAL CAR FINANCING CORP., et al.<br>ANDREW L. WOOLF v. COAST LEASING CORP., et al.<br>ZACK MILLER, et al. v. THE HERTZ CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | | Not Reported | |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court continues the MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT filed by Plaintiffs Zack Miller [40] [47] [14] [29] [38]; Jeffrey Klein [18]; Vulcano Tarque [32]; Andrew L. Woolf [32] from March 23, 2009 to March 30, 2009 at 10:00 a.m.

|  | : |
|---|---|
| Initials of Preparer | SMO |